UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

| | | |
|---|---|---|
| WARREN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) | 2:24-cv-7-RWS |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER**

Having read and considered the Joint Motion for Waiver of Local Rule 16.2 and 26.1 Requirements and to Stay Litigation Deadlines, With Supporting Memorandum, and for good cause shown, it is hereby ORDERED that the Parties' obligations to comply with Local Rules 16.2 and 26.1 and to file an Answer shall be waived, and all applicable litigation deadlines shall be stayed pending briefing and resolution of the same.

In addition, the Parties, having agreed to a briefing schedule in this Administrative Procedure Act case, are hereby allowed to file their briefs in accordance with the following deadlines:

- April 29, 2024: Plaintiffs shall file a Motion for Summary Judgment.

- May 28, 2024: Defendants shall file a combined Cross-Motion to Dismiss or Alternatively for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

- June 18, 2024: Plaintiffs shall file a combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment.

- July 9, 2024: Defendants shall file a Reply in Support of Defendants' Motion to Dismiss or Alternatively for Summary Judgment.

**SO ORDERED THIS 5TH DAY OF APRIL, 2024.**

_____
**RICHARD W. STORY**
United States District Judge

CONSENTED TO:

| | |
|---|---|
| /s/ Edward Bedard | BRIAN M. BOYNTON |
| Edward Bedard | Acting Assistant Attorney General |
| Ga. Bar No. 926148 | |
| Robbins Alloy Belinfante Littlefield LLC | JULIE STRAUS HARRIS |
| 500 14th Street, NW | Assistant Director, Federal Programs |
| Atlanta, GA 30318 | Branch |
| Tel: (404) 856-3263 | |
| Fax: (404) 856-3255 | /s/ Lisa A. Olson |
| ebedard@robbinsfirm.com | Lisa A. Olson |
| | Senior Trial Counsel |
| /s/ Wilson C. Freeman | U.S. Department of Justice |
| Wilson C. Freeman | |

| | |
|---|---|
| Ariz. Bar. No. 036953* | Civil Division, Federal Programs |
| Cal. Bar No. 264647* | Branch |
| Pacific Legal Foundation | 1100 L Street, N.W., Room 12200 |
| 555 Capitol Mall, Suite 1290 | Washington, D.C. 20005 |
| Sacramento, CA 95814 | Tel: (202) 514-5633 |
| Tel: (916) 419-7111 | Fax: (202) 616-8470 |
| Fax: (916) 419-7747 | lisa.olson@usdoj.gov |
| wfreeman@pacificlegal.org | |
| | Counsel for Defendants |
| Counsel for Plaintiffs | |

*Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Lisa A. Olson
LISA A. OLSON
Senior Trial Counsel

## CERTIFICATE OF SERVICE

I certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

H. Glenn Fogle, Jr.


This 20th day of February, 2024.

*S/Melaine A. Williams*
_____
MELAINE A. WILLIAMS

Assistant U.S. Attorney
