UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KARON WARREN, et al.,<br>　　　Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br>　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 2:24-CV-007-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' Cross-Motion for Summary Judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiffs take nothing; that the Defendants recover its costs of this action, and the action be, and the same hereby is, **dismissed with prejudice**.

Dated at Gainesville, Georgia, this 7th day of October, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 7, 2024
Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick
　　　Deputy Clerk