# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
201 UNITED STATES COURTHOUSE
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

KEVIN P. WEIMER  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
678-450-2760

October 23, 2024

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia    30303

     **U.S.D.C. No.:** 2:24-CV-0007-RWS  
     **U.S.C.A. No.:** 00-00000-00  
     **In re:**    *Warren, et al., v United States Department of Labor, et al.,*

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Docket Sheet, and Orders appealed enclosed.** |
| | This is not the first notice of appeal.   Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on October 23, 2024 (receipt number AGANDC-13811516).** |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Richard W. Story.** |
| | This is a **DEATH PENALTY** appeal. |

                              Sincerely,

                              Kevin P. Weimer  
                              District Court Executive  
                              and Clerk of Court

                        By:   <u>D. McGoldrick</u>  
                                Deputy Clerk

Enclosures